UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

---------------------------------------------x
JOE HAND PROMOTIONS, INC.,

        Plaintiff,

vs.                    CIVIL ACTION NO. 6:13-cv-00520-MHS-JKG

WENDY LEROY, individually,
and as an officer, director, shareholder,
and/or principal of CORNER POCKET,

        Defendant.
---------------------------------------------x

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff, Joe Hand Promotions, Inc., and Pro Se Defendant, Wendy Leroy, and file this their Joint Motion to Dismiss with prejudice, and show the Court the following:

1. The parties have entered into a written settlement agreement settling all claims and all parties in this lawsuit; and

2. The parties hereby stipulate that Plaintiff, JOE HAND PROMOTIONS, INC., dismisses <u>with prejudice</u> its claims in this lawsuit against Defendant, WENDY LEROY, and Defendant, WENDY LEROY dismisses <u>with prejudice</u> her claims in this lawsuit against Plaintiff, JOE HAND PROMOTIONS, INC. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorneys' fees incurred in this lawsuit.

WHEREFORE, the parties hereby pray that the Court enter the attached Order and further request that all any and all relief to which the parties may be entitled.

Respectfully submitted,

JAMIE KING, P.C.

*Jamie King*

Jamie King
Texas State Bar No. 24043755
Federal I.D. No. 566838
Attorney-In-Charge
4309 Yoakum Blvd.
Houston, Texas 77006
PO Box 5757
Kingwood, Texas 77325
Telephone: (832) 584-0106
Facsimile: (888) 247-0443

ATTORNEY FOR PLAINTIFF,
JOE HAND PROMOTIONS, INC.

-and-

Wendy Leroy
1011 Kilgore Plaza
Kilgore, Texas 75662
cornerpockettx@aol.com
(903) 452-9858 Telephone

PRO SE DEFENDANT