IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.** | § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 6:13-CV-520** |
| **WENDY LEROY, individually, and as an officer, director, shareholder, and/or principal of CORNER POCKET** | § § § § § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. The parties' claims having been dismissed in accordance with a Joint Motion to Dismiss With Prejudice,

**IT IS HEREBY ORDERED** that the complaint and all claims by either party brought in this lawsuit are **DISMISSED WITH PREJUDICE**, each party bearing its own costs and attorneys' fees.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 3rd day of April, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE